**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

TESSIE HARRIS                                                    PLAINTIFF

VERSUS                          CIVIL ACTION NO. 5:07cv67DCB-JMR

TRUSTMARK NATIONAL BANK                     DEFENDANTS

## <u>ORDER OF DISMISSAL</u>

The parties having agreed to and announced to the Court a settlement of this case, and th

Court being advised that all parties have an informed understanding of their rights and a full

appreciation of the consequences of the settlement, and the Court being desirous that this matter

be finally closed on its docket.

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice as to

all parties.  If any party fails to comply with the terms of this settlement agreed to by all parties,

any aggrieved party may move to reopen the case for enforcement of the settlement agreement,

and if successful, all additional attorneys' fees and costs from this date shall be awarded such

aggrieved party or parties against the party failing to comply with the agreement.  The Court

specifically retains jurisdiction to enforce the settlement agreement.

SO ORDERED, this the 29th day of May, 2008.


s/John M. Roper Sr.
UNITED STATES MAGISTRATE JUDGE