IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TESSIE HARRIS                                                                                PLAINTIFF

VS.                                                    CIVIL ACTION NO. 5:07-cv-00067-DCB-JMR

TRUSTMARK NATIONAL BANK                                                    DEFENDANT

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion of the parties *ore tenus* to dismiss the plaintiff's cause of action against the defendant, and this Court, having considered the same and being fully advised in the premises, and it appearing that this entire cause has been compromised and settled as between and among the parties, is of the opinion that said motion is well-taken and should be, and the same is, hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is, hereby dismissed with prejudice as to the defendant, with the parties bearing its own costs.

SO ORDERED AND ADJUDGED, this the ___16th___ day of ___June___ , 2008.


_____s/ David Bramlette_____
HONORABLE DAVID BRAMLETTE
UNITED STATES DISTRICT COURT JUDGE

AGREED TO:


/s/ John T. Givens_____
JOHN T. GIVENS, ESQ. - MS BAR # 101561
ATTORNEY FOR PLAINTIFF


/s/ Brooke Newman_____
BROOKE NEWMAN, ESQ. - MS BAR #101462
ATTORNEY FOR DEFENDANT

PRESENTED BY:

WILTON V. BYARS, III - MS BAR # 9335
BROOKE NEWMAN - MS BAR #101462
DANIEL COKER HORTON & BELL, P.A.
265 NORTH LAMAR BOULEVARD, SUITE R
POST OFFICE BOX 1396
OXFORD, MS 38655-1396
(662) 232-8979